# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CRIMINAL NO. 3:05CR277-12

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **THOMAS E. DUNLAP** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing from the October 30, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the October 30, 2006, calendar.

**IT IS FURTHER ORDERED** that the sentencing hearing is rescheduled for **WEDNESDAY, NOVEMBER 29, 2006, AT 10:30 AM,** at the U.S. Courthouse in Statesville, North Carolina.

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge