# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO. 3:05CR277

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| THOMAS E. DUNLAP ) | |

**THIS MATTER** is before the Court on the Defendant's motion requesting the Court to reconsider the order of detention imposed for the supervised release violations on April 24, 2008. ***See* Judgment in a Criminal Case for Revocation of Probation or Supervised Release, filed April 25, 2008.**

On review of the Defendant's motion, the Court finds no cause stated therein to warrant reconsideration of the Court's Judgment and the Court hereby affirms the order remanding the Defendant to the custody of the United States Marshal.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration of the order of detention is hereby **DENIED.**

2

Signed: April 28, 2008

Lacy H. Thornburg
United States District Judge