IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:05CR277-12 |
| | ) | (Financial Litigation Unit) |
| THOMAS E. DUNLAP, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| HILBISH MOTOR COMPANY, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Thomas E. Dunlap as to Garnishee Hilbish Motor Company is **DISMISSED**.

Signed: September 11, 2013

David C. Keesler
United States Magistrate Judge